JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIHALY HARISIS, on behalf of himself and other similarly-situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>Defendants. | CASE NO. 2:20-cv-05210 JFW (Ex)<br><br>**CLASS ACTION**<br><br>**ORDER ON STIPULATION TO DISMISS CLASS ACTION CLAIMS AND REMAND TO STATE COURT** |

The Court having considered the Stipulation to Dismiss Class Action Claims and Remand to State Court between Plaintiff Mihaly Harisis and Defendant Starbucks Corporation by and through their respective counsel, hereby ORDERS as follows:

1. The class claims herein are dismissed without prejudice.
2. This matter is remanded to the Los Angeles Superior Court.
3. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action pursuant to the stipulation and this order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 3, 2020

HON. JOHN F. WALTER
United States District Court Judge